U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 19 2022

TONY R. MOORE, CLERK
BY _____ DEPUTY

United States Courts
Southern District of Texas
FILED

*March 29, 2023*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**4:23-mj-613**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| VERSUS | * | 18 U.S.C. § 924(d)(1) |
| | * | |
| PAUL RICE | * | |

6:22-cr-00010-01
Judge Summerhays
Magistrate Judge Hanna

**INDICTMENT**

THE FEDERAL GRAND JURY CHARGES:

### COUNT 1

**Possession of a Firearm by a Convicted Felon**
**[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]**

On or about the 6th day of July 2020, in the Western District of Louisiana, the defendant, PAUL RICE, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, namely, one (1) Glock, Model 23, .40 caliber pistol, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

### Forfeiture Allegation
**[18 U.S.C. § 924(d)(1)]**

(A)   The allegations contained in Count 1 are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)].

(B) As a result of the violations in Count 1 of this Indictment, the defendant, PAUL RICE, shall forfeit to the United States his interest in any firearm involved in or possessed during those offenses, including:

    (1) One (1) Glock, Model 23, .40 caliber pistol, serial number ERP984US, as described in Count 1 of this Indictment;

in violation of Title 18, United States Code, Section 924(d)(1) [18 U.S.C. § 924(d)(1)].

A TRUE BILL:

# REDACTED

GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

_____
CRAIG R. BORDELON, II
La. Bar No. 34450
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618